PD-0129-15

Court of Criminal Appeals
Trial Ct No. 12-00472-CRF-272
PD-0129-15
Amendment of Motion
for Rehearing Filed
and Request for Rehearing.

Comes Now Quincy Butler Pro Se in the above styled and number Cause filing this amendment of his Motion for Rehearing that has been filed.

Movant would show as follows:

1) This Rehearing is filed due to substantial Circumstances. Movant was Convicted for <u>Murder</u> while he was on <u>Trial</u> for <u>Deadly Conduct</u>. Mistrial was requested and Denied when it should have been Granted to the Movant.

This request is made in good faith in accordance with Rule 79.2 (c)

Wherefore Movant prays this Amendment of Motion for Rehearing filed is excepted; granted and the Motion that has been filed be reviewed.

Respectfully
Submitted
Quincy Butler

RECEIVED IN
COURT OF CRIMINAL APPEALS
MAY 22 2015
Abel Acosta, Clerk

FILED IN
COURT OF CRIMINAL APPEA
MAY 22 2015
Abel Acosta, Clerk

## Certificate of Service

I certify that a true copy of this Amendment of Motion for Rehearing and Request for Rehearing was served to The Clerk of The Court of Criminal Appeals of Texas P.O Box 12308, Capital Station, Austin, Tx 78711 By U.S. mail on 5-17-15

Respectfully Submitted

X Query Butler   #01899541

Eastham Unit
2665 Prison Rd 1
Lovelady, Tx 75851